No. 306. SPURRIER ET AL. *v.* MITCHELL IRRIGATION DIS-TRICT ET AL.
Argued April 16, 17, 1931. Decided April 20, 1931. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction, § 237 (a) Judicial Code, as amended by the Act of February 13, 1925, 43 Stat. 936, 937. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) Judicial Code as amended, 43 Stat. 936, 938, certiorari is denied for want of a substantial federal question. *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. J. M. Fitzgerald,* with whom *Mr. L. L. Raymond* was on the brief, for appellants. *Messrs. Thomas M. Morrow* and *William Morrow* were on the brief for Mitchell Irrigation District, appellee. *Messrs. J. G. Mothersead, Roscoe T. York, Floyd E. Wright,* and *Wm. H. Wright* were on the brief for Gering & Ft. Laramie Irrigation District, appellee.